FILED
September 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **ARTURO MADRIGAL,** § | |
| Plaintiff, § | |
| v. § | NO. SA-25-CV-01005-OLG |
| **UNITED STATES OF AMERICA,** § | |
| Defendant. § | |

## ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed August 25, 2025, concerning Plaintiff's proposed complaint. (*See* R&R, Dkt. No. 13.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed via certified mail on August 25, 2025 (*see* Dkt. No. 14), and Plaintiff timely filed objections on August 29, 2025 (*see* Dkt. No. 16).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

2

The Court has reviewed de novo Judge Chestney's findings and recommendation and finds that the R&R is in all things correct and should be accepted. The Court therefore **ADOPTS** the R&R (Dkt. No. 13) and, for the reasons set forth therein, Plaintiff's proposed complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

This case is **CLOSED**, and all other pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 17 day of September, 2025.

_____
ORLANDO L. GARCIA
United States District Judge